**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| **MARK GEORGE,** | ) |
| Plaintiff, | ) Case No.: 17-cv-02128 - JEB |
| v. | ) |
| **JUSTIN ROGERS,** | ) |
| Defendant. | ) |

**PLAINTIFF RULE 26(a) INITIAL DISCLOSURE STATEMENT**

COMES NOW, Plaintiff, Mark George, by and through his counsel, Brian K. McDaniel, Esq., and The McDaniel Law Group, P.L.L.C. and pursuant to Fed. R. Civ. P. 26(a)(1)(A) and this Court's scheduling order, hereby produces his initial disclosures as follows:

**(A) Name of each individual likely to have discoverable information.**

| | |
|---|---|
| Mark Donte James George<br>911 Faragut Street, N.W.,<br>Washington D.C. 20011 | Plaintiff |
| Detective Sean Moore<br>Seventh District Detective Unit<br>Seventh District Station<br>2455 Alabama Avenue, S.E.,<br>Washington D.C. 20020 | Investigating Officer |
| Officer Justin Rogers | Defendant |
| Officer Dustyn Hugee | Witness |
| Sergeant Curtis Sloan | Witness |
| Detective Kirk Delpo | Witness |
| Cornell Reginald Lee | Witness |
| Andre Lee | Witness |

1

| | |
|---|---|
| Dr. Laura S. Johnson, MD<br>Medstar Washington Hospital Center<br>110 Irving Street, N.W.,<br>Washington D.C. 20010 | Medical Provider |
| Maciej Poltorak, MD<br>7500 Hanover Parkway<br># 201<br>Greenbelt, Maryland 20770 | Medical Provider |

### (B) Documents and Tangible Things

Detective Sean Moore's Preliminary Hearing Transcript Testimony

Photographs of the scene of the Incident

Body Camera Footage from Officers on the scene of the occurrence

Medical Records and Itemized Bill from Medstar Washington Hospital Center

Mark George Plea Agreement

12-309 Notice

### (C) Computation of Damages

| | | |
|---|---|---|
| Past Medical Expenses: | Medstar Washington Hospital Center | $130,516.00 |
| Future Medical Expenses: | Unknown at this time | |
| Pain and Suffering: | To be determined by the jury | |
| Punitive: | To be determined by the jury | |

### (D) Insurance Agreements

None.

Plaintiff reserves the right to supplement his initial disclosures should additional information become available.

Respectfully submitted,

THE MCDANIEL LAW GROUP, P.L.L.C.

/s/ Brian K. McDaniel
Brian K. McDaniel, Esq.
1920 L Street, N.W., Suite 303
Washington D.C. 20036
Tel: 202-331-0793
Fax: 202-331-7004

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Rule 26(a) Initial Disclosures was on this 25th day of March, 2018 delivered via ECF to the following parties:

Kerslyn D. Featherstone, Esq.
Charles J. Coughlin, Esq.
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington D.C. 20001

/s/ Brian K. McDaniel
Brian K. McDaniel